No. 274. WILLIAM RANDALL ET AL. *v.* BOARD OF COMMISSIONERS OF TIPPECANOE COUNTY, INDIANA.  Error to

the Supreme Court of Indiana. Motion submitted June 4, 1923. Decided June 11, 1923. Motion for leave to file a petition for a writ of error to the Appellate Court of the State of Indiana denied. *Mr. Otto Gresham* for plaintiffs in error. *Mr. Clyde H. Jones* and *Mr. D. P. Flanagan* for defendant in error. [See 261 U. S. 252.]